No. 95–5733. SANDERS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5735. RIGGINS *v.* WALTER ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–5745. ROMO ET AL. *v.* CHAMPION ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–5746. SPENCER *v.* HOWARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–5749. WASHINGTON *v.* ARIZONA. Super. Ct. Ariz., Yuma County. Certiorari denied.

No. 95–5754. DeLOACH *v.* GARNER, CHAIRMAN, GEORGIA BOARD OF PARDONS AND PAROLES, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–5755. GRAHAM *v.* HUEBNER. C. A. 10th Cir. Certiorari denied.

No. 95–5756. HENDERSON *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 95–5757. LEWIS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–5759. KOSTOVSKI ET UX. *v.* JOLEVSKI ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 95–5760. KOHL *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 95–5762. LEWIS *v.* NORTH CAROLINA EMPLOYMENT SECURITY COMMISSION ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–5764. KALICZYNSKI *v.* RESOLUTION TRUST CORPORATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–5765. KALICZYNSKI *v.* RESOLUTION TRUST CORPORATION ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 95–5768. WILLIAMS *v.* WARD, WARDEN. C. A. 10th Cir. Certiorari denied.